UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANE DOE (A.A.M), AN INDIVIDUAL;<br>*Plaintiff* | §<br>§<br>§ | |
| v. | § | Case No.  SA-24-CA-01479-XR |
| | § | |
| RUSHABH JIVAN LLC,<br>*Defendant* | §<br>§<br>§ | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Jane Doe (A.A.M.) shall take nothing from her claim against Defendant Rushabh Jivan LLC, and Plaintiff's claim is **DISMISSED** pursuant to the Court's order issued on this date.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 11th day of February, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE